

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00518-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On August 21, 2015, relator Robert Martinez filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and real party in interest may file a response to the petition in this court no later than November 6, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR4545, styled *The State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.